STATE OF NEW JERSEY v. ANTHONY BOYNTON.

May 15, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. RILEY.

May 15, 1979. Petition for certification denied.

JOHN SALORIO v. SIDNEY GLASER, DIRECTOR OF THE DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY.

May 15, 1979. Certification to Superior Court, Law Division granted.

WILLIAM CAMBURN v. MARLBORO PSYCHIATRIC HOSPITAL.

May 21, 1979. Petition for certification is dismissed as having been improvidently granted. (See 79 *N.J.* 476)